

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00119-CR

KIMBERLY DEANN MAHONEY, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 244th District Court
Ector County, Texas
Trial Court No. C-18-0936-CR, Honorable James M. Rush, Presiding

June 26, 2019

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Pending before this court is the motion of appellant Kimberly Deann Mahoney to dismiss her appeal. Appellant and her attorney have signed the motion. TEX. R. APP. P. 42.2(a). As no decision of the court has been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice

Do not publish.